UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| A.D.V. (XXX-XX-9769) | CIVIL ACTION NO. 14-cv-3223 |
| VERSUS | JUDGE FOOTE |
| SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is reversed and, pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded to the Agency for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2016.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE